In the Matter of Bouker Contracting Company, Appellant, v. W. H. Callahan Contracting Company, Respondent.— Determination affirmed, with costs, on opinion of Lehman, J., at Appellate Term. (Reported in 92 Misc. Rep. 241.)  Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

American and British Manufacturing Company, etc., Respondent, v. International Power Company, Defendant. Wilbur F. Sadler, Jr., as Receiver of the International Power Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Sophie Wahn, Respondent, v. Charles Wahn, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Lake v. Lake (194 N. Y. 182). Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Thomas Sanders, Jr., Appellant, v. Kenneth T. Barnaby, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

C. F. Harms Company, Respondent, v. Leonhard Michel Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York, Respondent, v. Dennis Murray, Appellant.— Appeal dismissed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York, Respondent, v. Walter F. Peck, Appellant.— Appeal dismissed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Yvette de Von, Respondent, v. Andrea A. Cuneo, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Edward Laska, Respondent, v. Charles K. Harris, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. Vincenzo Acena, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

James F. McNaboe, as Trustee, etc., Respondent, v. Herbert Reeves and Others, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ., Laughlin, J., dissented.

The People of the State of New York, Respondent, v. Adolph Keitel, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Bridget Lynch, as Administratrix, etc., Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.